# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 08-00053ACK-BMK |
| CASE NAME: | Leslie A. Moniz-Wortman v. Hawaiiana Management Co. |
| ATTYS FOR PLA: | Rory Soares Toomey (by phone) |
| ATTYS FOR DEFT: | Richard M. Rand (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/21/2009 | TIME: | 2:48PM-2:51PM |

COURT ACTION: EP: Settlement on the Record. Terms stated. Court to prepare Order of Dismissal.

Submitted by Liam Skilling, Law Clerk