IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LESLIE A. MONIZ-WORTMAN, | ) | CV. NO. 08-00053 ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAIIAN MANAGEMENT COMPANY, LTD., | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER OF DISMISSAL**

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 23, 2009.



_____
Alan C. Kay
Sr. United States District Judge